**No. 10-11148. Michael Ray McMahan, Petitioner v. Texas.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8393.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 869, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6384.

**No. 10-11151. Shawn M. Winkler, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections, et al.**

565 U.S. 1075, 132 S. Ct. 805, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8360.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 870, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6574.

**No. 10-11242. Marie W. Daniel, Petitioner v. Long Island Housing Partnership, Inc., et al.**

565 U.S. 1075, 132 S. Ct. 805, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8372.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6569.

**516**

**No. 11-55. Bruce J. Liban, Petitioner v. Middlebrook at Monmouth.**

565 U.S. 1075, 132 S. Ct. 805, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8412.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 880, 132 S. Ct. 247, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5494.

**No. 11-108. Donny Helene Korda, Petitioner v. Michael Bouchard, Sheriff, Oakland County, Michigan, et al.**

565 U.S. 1075, 132 S. Ct. 805, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8403.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5780.

**No. 11-200. Mauricio Puche, Orlando Puche, and Enrique A. Puche, Petitioners v. United States.**

565 U.S. 1075, 132 S. Ct. 805, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8366.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5453.